|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GRAND CANAL SHOPS II, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:12-cv-213-KJD-RJJ |
| vs. | ) | |
| RICCARDO IAVARONE; *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a proposed Amended Stipulated Discovery Plan (#16).

The Court having reviewed the proposed Amended Stipulated Discovery Plan (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that the proposed Amended Stipulated Discovery Plan (#16) is DENIED. Discovery shall proceed under the previously entered Scheduling Order #15

DATED this   30th   day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge