1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                            DISTRICT OF NEVADA

9                                   * * *

10   GRAND CANAL SHOPS II, LLC,            )
                                           )
11              Plaintiff,                 )        2:12-cv-213-KJD-RJJ
                                           )
12   vs.                                   )
                                           )
13   RICCARDO IAVARONE; et al.,            )            O R D E R
                                           )
14                                         )
                Defendant,                 )
15   _____)

16          This matter is before the Court on a proposed Amended Stipulated Discovery Plan (#16).

17          The Court having reviewed the proposed Amended Stipulated Discovery Plan (#16) and

18   good cause appearing therefore,

19          IT IS HEREBY ORDERED that the proposed Amended Stipulated Discovery Plan (#16)

20   is DENIED. Discovery shall proceed under the previously entered Scheduling Order #15

21          DATED this __30th___ day of August, 2012.

22

23

24                                         _____
                                           ROBERT J. JOHNSTON
25                                         United States Magistrate Judge

26

27

28