UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| GRAND CANAL SHOPS II, LLC, | ) | |
| Plaintiff, | ) | 2:12-cv-213-KJD-RJJ |
| vs. | ) | |
| RICCARDO IAVARONE, *et al.*, | ) | <u>AMENDED ORDER</u> |
| Defendant, | ) | |

This matter is before the court on a proposed Amended Stipulated Discovery Plan (#16).

The Court having reviewed the proposed Amended Stipulated Discovery Plan (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Amended Stipulated Discovery Plan (#16) is DENIED AS MOOT based on the Second Amended Scheduling Order (#18).

DATED this __30th__ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge