# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GRAND CANAL SHOPS II, LLC, | ) | 2:12-cv-00213-APG-NJK |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING PLAINTIFF'S** |
| vs. | ) | **MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| RICCARDO IAVARONE, | ) | |
| | ) | **(Dkt. #48)** |
| Defendant. | ) | |

On August 30, 2013, Plaintiff filed its Motion for Summary Judgment (Dkt. #48).
Pending at that time was Plaintiff's Motion for Leave to File Amended Complaint (Dkt. #34).
The Court has partially denied the motion to amend, thus potentially rendering Plaintiff's Motion
for Summary Judgment moot.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. #48) is
**DENIED**, without prejudice against refiling it.

DATED this 28th day of October, 2013.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

1