# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRAND CANAL SHOPS II, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICCARDO IAVARONE,<br><br>Defendant. | 2:12-cv-00213-APG-NJK<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Dkt. #48)** |

On August 30, 2013, Plaintiff filed its Motion for Summary Judgment (Dkt. #48). Pending at that time was Plaintiff's Motion for Leave to File Amended Complaint (Dkt. #34). The Court has partially denied the motion to amend, thus potentially rendering Plaintiff's Motion for Summary Judgment moot. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. #48) is **DENIED**, without prejudice against refiling it.

DATED this 28th day of October, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE