UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRAND CANAL SHOPS II, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MODITAL BIJOUX CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cv-00213-APG-NJK<br><br>**O R D E R**<br>(Administrative Closure) |

　　　Because a settlement has been reached in this matter and a settlement payment schedule has been implemented,

　　　**IT IS HEREBY ORDERED** that this case shall be ADMINISTRATIVELY CLOSED upon the records of this Court.

　　　**IT IS FURTHER ORDERED** this Court shall retain jurisdiction and the case may be reopened if necessary to enforce the terms of the settlement or for other related purposes. The parties are required to file a stipulation and order for dismissal within five (5) court days after the payment of all amounts contemplated by the settlement.

　　　Dated: May 19, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE